**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION**

| | |
|---|---|
| BRAYON JEROME WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:25-CV-00008 SRW |
| ) | |
| THE STATE OF MISSOURI FOR THE ) | |
| FEDERAL GOVERNMENT OF THE ) | |
| UNITED STATES OF AMERICA, et al., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on self-represented Plaintiff Brayon Williams' unsigned complaint and unsigned motion seeking leave to commence this action in forma pauperis. ECF No. 2. These filings are defective because they do not include Plaintiff's signature. *See* E.D. Mo. Local Rule 2.01(A)(1) ("All filings … shall contain the signature of the self-represented party or the party's attorney."); Fed. R. Civ. P. 11 (Every written motion must be signed "by a party personally if the party is unrepresented" and the Court may strike an unsigned paper "unless the omission is promptly corrected after being called to the . . . party's attention.").

Within his complaint, Plaintiff typed "We The People Brayon Jerome Williams" next to "Printed Name of Plaintiff" and left the "Signature of Plaintiff" section blank. Since Plaintiff is not an attorney of record, his typed name fails to satisfy the Federal Rules of Civil Procedure and the Local Rules. *See, e.g., Dean v. Stobie*, No. 4:24-cv-184-SRC, ECF No. 5 (E.D. Mo. Mar. 1, 2024); *Dean v. Stobie*, No. 4:24-cv-74-MTS, ECF No. 22 (E.D. Mo. June 5, 2024). Furthermore, Plaintiff should be aware of this necessity as he has been warned about this failure to sign filings

in the past. *See Williams v. United States*, No. 2:24-cv-74-MTS (E.D. Mo.); *Williams v. United States*, No. 2:24-cv-98-SRW (E.D. Mo.); and *Williams v. U.S., et al.*, Case No. 2:24-cv-72-HEA.

Because Plaintiff's complaint and motion are not properly signed, the Court will deny his request to proceed in forma pauperis, without prejudice. Within 21 days of the date of this Order, Plaintiff must either pay the $405 filing fee, or file a fully-completed and properly signed Application to Proceed in District Court Without Prepaying Fees or Costs on the proper form, which will be provided to him. Additionally, within 21 days of the date of this Order, Plaintiff must properly sign his complaint and return it to the Court. To assist Plaintiff, the Court will direct the Clerk to return his complaint to him. If Plaintiff fails to timely comply with this Order, the Court will dismiss this case without prejudice and without further notice. Finally, Plaintiff is warned that he must physically sign all future filings.

Accordingly,

**IT IS HEREBY ORDERED** that Brayon Williams's unsigned Application to Proceed in District Court without Prepaying Fees or Costs [ECF No. 2] is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that the Clerk of Court shall return the complaint [ECF No. 1] to Plaintiff.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail to Plaintiff a blank Application to Proceed in District Court Without Prepaying Fees or Costs form.

**IT IS FURTHER ORDERED** that, no later than **twenty-one (21) days** from the date of this Order, Plaintiff shall properly sign the complaint and return it to the Court, and shall either pay the $405 filing fee or file a fully completed and properly signed Application to Proceed in District Court Without Prepaying Fees or Costs.

– 3 –

**Plaintiff's failure to timely comply with this Order will result in the dismissal of this case without prejudice and without further notice.**

Dated this 28th day of January, 2025.

_____
STEPHEN R. WELBY
UNITED STATES MAGISTRATE JUDGE